AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Ronald Newman

**SUMMONS IN A CIVIL CASE**

V.

Borders, Inc.
and
Borders Group, Inc.

Case: 1:07-cv-00492
Assigned To : Roberts, Richard W.
Assign. Date : 3/14/2007
Description: Newman v. Borders Inc.

TO: (Name and address of Defendant)

Borders, Inc.
c/o CT Corporation System
1015 15th St. NW Suite 1000
Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Relman
Glenn Schlactus
Relman & Dane
1225 19th St. NW Suite 600
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                      MAR 14 2007
_____                            _____
CLERK                                                        DATE

/s/ Janetta Stewart-Cureh
_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 3/19/07 |
| NAME OF SERVER *(PRINT)* Carlee Hobbs | TITLE | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): On March 15, 2007, I caused the Summons and Complaint to be served by United States Postal Service certified mail, return receipt requested, pursuant to Federal Rule of Civil Procedure 4(h)(1), addressed to: Borders, Inc., c/o CT Corporation System, 1015 15th St. NW Suite 1000, Washington, DC 20005. The receipt returned to me by the United States Postal Service, a true and correct copy of which is attached hereto, indicates that the Summons and Complaint were received on March 19, 2007.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/6/07                    *Carlee Hobbs*
              Date                       *Signature of Server*

1225 19th St. NW Suite 600
Washington, DC 20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.