# United States District Court
# For the District of Columbia

Ronald Newman,
           Plaintiff(s)     )
                                )  **APPEARANCE**
                                )
              vs.         )  CASE NUMBER   07cv00492 - RR
Borders, Inc. and          )
Borders Group, Inc.,       )
           Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Glenn Schlactus__ as counsel in this
                                         (Attorney's Name)

case for: __Ronald Newman__
              (Name of party or parties)

4/10/07
Date

/s/ Glenn Schlactus
Signature

Glenn Schlactus
Print Name

#475950
BAR IDENTIFICATION

1225 19th St. N.W., Suite 600
Address

Washington, DC 20036
City    State    Zip Code

(202) 728 1888
Phone Number