IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD NEWMAN<br>1200 N. Capitol Street, N.W.<br>Apartment C111<br>Washington, D.C. 20002<br><br>Plaintiff,<br><br>v.<br><br>BORDERS, INC.<br>100 Phoenix Drive<br>Ann Arbor, MI 48108<br><br>and<br><br>BORDERS GROUP, INC.<br>100 Phoenix Drive<br>Ann Arbor, MI 48108<br><br>Defendants. | Case No. 1:07-cv-00492 RWR |

## STIPULATED MODIFICATION OF BRIEFING
## SCHEDULE REGARDING DEFENDANTS' MOTION TO DISMISS

Plaintiff Ronald Newman and Defendants Borders, Inc. and Borders Group, Inc. hereby stipulate to the following modification of the briefing schedule with respect to Defendants' pending motion to dismiss, which was filed on April 9, 2007:

Plaintiff may file a brief in opposition no later than May 4, 2007; and

Defendants may file a reply brief in support of their motion no later than 12 days after the opposition brief is filed.

This modification is necessary because Mr. Newman's counsel is counsel in another matter in which a week-long trial will commence shortly. The extension of time in which Plaintiff may file an opposition justifies a similar extension of time in which Defendants may file a reply brief.

Date: April 13, 2007

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| John P. Relman (405500) | Robert L. Wilkins (429065) |
| Glenn Schlactus (475950) | VENABLE LLP |
| RELMAN & DANE, PLLC | 575 7th Street, N.W. |
| 1225 19th Street, N.W. | Washington, D.C. 20004 |
| Suite 600 | (202) 344-4058 (o) |
| Washington, D.C. 20036 | (202) 344-8300 (fax) |
| (202) 728-1888 (o) | |
| (202) 728-0848 (fax) | *Attorney for Defendants* |
| | |
| *Attorneys for Plaintiff* | Craig A. Thompson |
| | VENABLE LLP |
| | 575 7th Street, N.W. |
| | Washington, D.C. 20004 |
| | (202) 344-4815 (o) |
| | (202) 344-8300 (fax) |
| | |
| | *Of Counsel for Defendants* |

Entered:

_____
Hon. Richard W. Roberts
United States District Judge