IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Ronald Newman,** | * | |
| **Plaintiff** | * | |
| v. | * | CASE #: 1:07-cv-00492-RWR |
| **Borders, Inc., et al.,** | * | |
| **Defendants** | * | |

\*   \*   \*   \*   \*   \*

## BORDERS, INC. AND BORDERS GROUP, INC.'S ("BORDERS") ENTRY OF APPEARANCE OF CRAIG A. THOMPSON AS ADDITIONAL COUNSEL

The undersigned respectfully request that the appearance of Craig A. Thompson, Esquire, be **ENTERED as ADDITIONAL COUNSEL** on behalf of Defendants, Borders, Inc. and Borders Group, Inc. ("Borders") in the above-captioned case.

Respectfully submitted,

/s/ *Craig A. Thompson*
Craig A. Thompson (Bar No. 500168)
Robert L. Wilkins (Bar No. 429065)
Venable, LLP
575 7th Street, NW
Washington, D.C. 20004
202-344-4058

*Attorneys for Defendants*

## Certificate of Service

I HEREBY CERTIFY that on this  17th  day of May 2007, a copy of the foregoing Entry of Appearance of Craig A. Thompson as Additional Counsel was served on the following counsel by electronic filing:

John P. Relman
Glenn Schlactus
Relman & Dane PLLC
1225 19th Street, N.W.
Suite 600
Washington, D C 20036

*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　　/s/ Craig *A. Thompson*
　　　　　　　　　　　　　　　　　　　　　　Craig A. Thompson