IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Ronald Newman** | * | |
| **Plaintiff,** | * | |
| v. | * | CASE #: 1:07-cv-00492-RWR |
| **Borders, Inc., et al.,** | * | |
| **Defendants.** | * | |

\*       \*       \*       \*       \*       \*       \*

### JOINT MOTION TO CONTINUE RULE 16 SCHEDULING CONFERENCE

Defendants, Borders, Inc. and Borders Group, Inc. (hereinafter "Borders" or "Defendants") and Plaintiff Ronald Newman, by and through their undersigned counsel, hereby submit this Joint Motion to Continue Rule 16 Scheduling Conference (the "Motion"), and respectfully requests that this Court continue the initial scheduling conference set for April 3, 2008, at 11:00a.m. Counsel for both parties have conflicts based upon previously scheduled matters. Defendants' counsel has conferred with Plaintiff's counsel and both parties are available on the following dates:

> Tuesday, April 8, 2008, before 12pm;
> Tuesday, April 15, 2008, at anytime;
> Monday, April 21, 2008, before 12pm;
> Tuesday, April 22, 2008, before 12pm; and
> Wednesday, April 23, 2008, before 12pm.

WHEREFORE, for the reasons and good cause set forth above, the parties respectfully request the Court continue the initial scheduling conference set for April 3, 2008, at 11a.m. in accordance with this Motion and the attached proposed Order.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| John P. Relman (D.C. Bar No. 405500) | Craig A. Thompson (Bar No. 500168) |
| Glen Schlactus (D.C. Bar No. 475950) | Robert L. Wilkins (Bar No. 429065) |
| Relman & Dane PLLC | Venable, LLP |
| 1225 19th Street, N.W. | 575 7th Street, NW |
| Suite 600 | Washington, D.C. 20004 |
| Washington, DC  20036 | 202-344-4058 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of March 2008, a copy of the Joint Motion to Continue Rule 16 Scheduling Conference was served on the following counsel by electronic filing:

>John P. Relman
>Glen Schlactus
>Relman & Dane PLLC
>1225 19th Street, N.W.
>Suite 600
>Washington, DC  20036
>
>*Attorneys for Plaintiff*

_____/s/_____
Craig A. Thompson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Ronald Newman** | * | |
| **Plaintiff,** | * | |
| v. | * | CASE #: 1:07-cv-00492-RWR |
| **Borders, Inc., et al.,** | * | |
| **Defendants.** | * | |

\*     \*     \*     \*     \*     \*     \*

**ORDER GRANTING JOINT MOTION
TO CONTINUE RULE 16 SCHEDULING CONFERENCE**

Upon consideration of the Joint Motion to Continue Rule 16 Scheduling Conference (the "Motion") jointly filed by the parties, and for good cause shown, it is this _____ day of _____, 2008, by the United States District Court for the District of Columbia,

ORDERED, that the Motion is hereby GRANTED; and it is further

ORDERED, that the scheduling conference originally set for April 3, 2008, at 11:00 a.m., is hereby continued until the ___ day of _____, 2008 at _____ a.m./p.m.; and it is further

ORDERED, that the parties' "Joint Rule 16.3 Statement" must be filed no later than five business days before the initial scheduling conference.

RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ronald Newman** | * |
|     **Plaintiff,** | * |
| **v.** | *      CASE #: 1:07-cv-00492-RWR |
| **Borders, Inc., et al.,** | * |
|     **Defendants.** | * |

\*      \*      \*      \*      \*      \*      \*

**JOINT MOTION TO CONTINUE RULE 16 SCHEDULING CONFERENCE**

Defendants, Borders, Inc. and Borders Group, Inc. (hereinafter "Borders" or "Defendants") and Plaintiff Ronald Newman, by and through their undersigned counsel, hereby submit this Joint Motion to Continue Rule 16 Scheduling Conference (the "Motion"), and respectfully requests that this Court continue the initial scheduling conference set for April 3, 2008, at 11:00a.m. Counsel for both parties have conflicts based upon previously scheduled matters. Defendants' counsel has conferred with Plaintiff's counsel and both parties are available on the following dates:

    Tuesday, April 8, 2008, before 12pm;
    Tuesday, April 15, 2008, at anytime;
    Monday, April 21, 2008, before 12pm;
    Tuesday, April 22, 2008, before 12pm; and
    Wednesday, April 23, 2008, before 12pm.

WHEREFORE, for the reasons and good cause set forth above, the parties respectfully request the Court continue the initial scheduling conference set for April 3, 2008, at 11a.m. in accordance with this Motion and the attached proposed Order.

        Respectfully submitted,

| _____/s/_____ | _____/s/_____ |
|---|---|
| John P. Relman (D.C. Bar No. 405500) | Craig A. Thompson (Bar No. 500168) |
| Glen Schlactus (D.C. Bar No. 475950) | Robert L. Wilkins (Bar No. 429065) |
| Relman & Dane PLLC | Venable, LLP |
| 1225 19th Street, N.W. | 575 7th Street, NW |
| Suite 600 | Washington, D.C. 20004 |
| Washington, DC 20036 | 202-344-4058 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of March 2008, a copy of the Joint Motion to Continue Rule 16 Scheduling Conference was served on the following counsel by electronic filing:

>John P. Relman
>Glen Schlactus
>Relman & Dane PLLC
>1225 19th Street, N.W.
>Suite 600
>Washington, DC  20036
>
>*Attorneys for Plaintiff*

_____/s/_____
Craig A. Thompson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Ronald Newman** | * | |
| Plaintiff, | * | |
| v. | * | CASE #: 1:07-cv-00492-RWR |
| **Borders, Inc., et al.,** | * | |
| Defendants. | * | |

\*     \*     \*     \*     \*     \*     \*

**ORDER GRANTING JOINT MOTION
TO CONTINUE RULE 16 SCHEDULING CONFERENCE**

Upon consideration of the Joint Motion to Continue Rule 16 Scheduling Conference (the "Motion") jointly filed by the parties, and for good cause shown, it is this _____ day of _____, 2008, by the United States District Court for the District of Columbia,

ORDERED, that the Motion is hereby GRANTED; and it is further

ORDERED, that the scheduling conference originally set for April 3, 2008, at 11:00 a.m., is hereby continued until the ___ day of _____, 2008 at _____ a.m./p.m.; and it is further

ORDERED, that the parties' "Joint Rule 16.3 Statement" must be filed no later than five business days before the initial scheduling conference.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE