IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Ronald Newman** | * | |
| **Plaintiff,** | * | |
| v. | * | CASE #: 1:07-cv-00492-RWR |
| **Borders, Inc., et al.,** | * | |
| **Defendants.** | * | |

\*   \*   \*   \*   \*   \*   \*

**DEFENDANTS' LOCAL RULE 7.1**
**DISCLOSURE OF CORPORATE AFFILIATIONS**
**AND FINANCIAL INTERESTS**

Defendants, Borders, Inc. and Borders Group, Inc. (hereinafter collectively "Borders"), by and through its undersigned attorney submits this Certificate required by Local Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia, and states as follows:

I, the undersigned, counsel of record for Borders, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Borders that have any outstanding securities in the hands of the public:

Borders Group, Inc.
Borders, Inc.
Walden Book Company, Inc.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

/s/
Craig A. Thompson (Bar No. 500168)
Robert L. Wilkins (Bar No. 429065)
Venable LLP
575 7th Street, NW
Washington, D.C. 20004
(202) 344-4058

*Attorneys for Defendants*