# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD NEWMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-cv-0492-RWR |
| ) | |
| BORDERS, INC. ) | |
| ) | |
| and ) | |
| ) | |
| BORDERS GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO EXTEND DISCOVERY
## AND MODIFY THE SCHEDULING ORDER

Plaintiff Ronald Newman and Defendants Borders, Inc. and Borders Group, Inc. jointly move the Court to modify its Scheduling Order of April 23, 2008, and in support thereof state as follows:

1. The current discovery deadline in this case is September 18, 2008, and the post-discovery status conference is scheduled for October 1, 2008. See Scheduling Order (dated Apr. 23, 2008) (Docket No. 16).

2. The parties anticipate being unable to complete discovery within the time prescribed by the current Scheduling Order, and therefore request that the Court extend the discovery deadlines in this case. This extension is necessary so that, before most of the depositions in this case are conducted, the parties can complete document production and written discovery, and the Court can resolve any discovery disputes, if necessary.

3. Each of the parties has propounded written discovery and received responses thereto, including the production of documents. Counsel for the parties have scheduled to meet to discuss outstanding discovery disputes, including discovery concerning the identification of witnesses for potential depositions and concerning principal actors in the lawsuit; however, scheduling conflicts have prevented the parties from meeting until July 28, 2008. The parties have diligently pursued discovery in this matter and believe that they will be able to resolve some, if not most, of their discovery issues amicably, but may need to present certain issues to the Court.

4. In light of these considerations, it is unlikely that all discovery issues will be fully resolved, thus preventing the scheduling of most depositions until the end of August, at the earliest. Furthermore, Plaintiff's counsel, Glenn Schlactus, will be on vacation from September 5 through September 19, 2008.

5. Accordingly, the parties believe that extending the discovery deadlines is necessary to afford adequate time for the resolution of any discovery disputes and the completion of depositions. Neither party will be prejudiced by this short extension of the existing discovery deadlines.

WHEREFORE, the parties respectfully request that the Court modify the existing Scheduling Order as follows:

| | | |
|---|---|---|
| (a) | Proponent's expert witness designations | September 4, 2008 |
| (b) | Opponent's expert witness designations | October 3, 2008 |
| (c) | All discovery closed | November 3, 2008 |
| (d) | Post-discovery status conference (upon availability of the Court) | November 17, 2008 |
| (e) | Dispositive motions | _____[1] |

Respectfully submitted,

/s/ Glenn Schlactus_____  
John P. Relman (D.C. Bar No. 405500)  
Glenn Schlactus (D.C. Bar No. 475950)  
RELMAN & DANE PLLC  
1225 19th Street, N.W.  
Suite 600  
Washington, D.C. 20036  
(202) 728-1888 (o)  
(202) 728-0848 (fax)  

*Attorneys for Plaintiff*

/s/ Craig A. Thompson_____  
Robert L. Wilkins (D.C. Bar. No. 429065)  
Craig A. Thompson (D.C. Bar No. 500168)  
Venable LLP  
575 7th Street, N.W.  
Washington, D.C. 20004  
(202) 344-4058  

*Attorneys for Defendants*

July 23, 2008

---

[1] The parties do not agree on a proposed revised deadline for the filing of dispositive motions. An extension of this deadline equivalent to the others would mean that dispositive motions are due on December 16, 2008. Plaintiff opposes this date because opposition briefs would then be due on December 30, 2008, requiring counsel to devote all or nearly all end-of-the-year holiday time to briefing. A December 16 deadline is acceptable to Defendant, however.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RONALD NEWMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07-cv-0492-RWR |
| | ) | |
| BORDERS, INC. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BORDERS GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the Joint Motion to Extend Discovery and Modify the Scheduling Order, it is this ____ day of July, 2008, by the United Stated District Court for the District of Columbia, ORDERED:

1. That the Joint Motion is hereby GRANTED; and

2. That discovery is extended and the Scheduling Order is modified as follows:

   Proponent's expert witness designations      September 4, 2008

   Opponent's expert witness designations       October 3, 2008

   All discovery closed                         November 3, 2008

   Post-discovery status conference             November 17, 2008
   (upon availability of the Court)

   Dispositive motions                          _____

_____
RICHARD W. ROBERTS
United States District Judge

4