AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

RONALD NEWMAN

        Plaintiff(s)        )    **APPEARANCE**

            vs.        )    CASE NUMBER    1:07-cv-0492 RWR

BORDERS, INC. and
BORDERS GROUP, INC.
        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Tina H. Saunders__ as counsel in this
                                   (Attorney's Name)

case for: __Borders, Inc. and Borders Group, Inc., Defendants__
                    (Name of party or parties)

July 24, 2008                                                          /s/ Tina H. Saunders
Date                                                                   Signature

                                                                   Tina H. Saunders
MD16449                                                            Print Name
BAR IDENTIFICATION

                                                                Venable LLP; 750 E. Pratt St., Suite 900
                                                                Address

                                                                Baltimore, Maryland 21202
                                                               City            State            Zip Code

                                                               (410) 244-7581
                                                              Phone Number