REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: L

| CAUSE OF ACTION: | | | | |
|---|---|---|---|---|
| CASE NO:<br>07-492 | DATE REFERRED:<br>8/14/08<br><br>DISPOSITION DATE: | PURPOSE:<br>DISCOVERY | JUDGE:<br>ROBERTS | MAG. JUDGE<br>FACCIOLA |

| PLAINTIFF(S):<br>NEWMAN | DEFENDANT(S):<br>BORDERS |
|---|---|

ENTRIES:

THIS REFERRAL DOES NOT INCLUDE MOTIONS FOR EXTENSION OF DISCOVERY WHICH WILL STILL BE HANDLED BY JUDGE ROBERTS.

A MOTION TO COMPEL IS CURRENTLY PENDING THAT WILL NEED TO BE ADDRESSED BY THE MAGISTRATE JUDGE.