**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RONALD NEWMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-cv-0492-RWR |
| ) | |
| BORDERS, INC. ) | |
| ) | |
| and ) | |
| ) | |
| BORDERS GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

**JOINT REQUEST FOR A STATUS CONFERENCE TO
ADDRESS THE PENDING JOINT MOTION TO EXTEND
DISCOVERY AND MODIFY THE SCHEDULING ORDER**

Plaintiff Ronald Newman and Defendants Borders, Inc. and Borders Group, Inc. jointly request a status conference to address the status of the parties' Joint Motion to Extend Discovery and Modify the Scheduling Order (July 23, 2008) (Doc. 18). That motion asks the Court to extend the close of discovery from September 18, 2008, to November 3, 2008, and to modify other deadlines accordingly.

Depositions in this case have not commenced because of discovery disputes regarding document production and interrogatory responses. Plaintiff filed a motion to compel on August 13, which has been referred to Magistrate Judge Facciola. *See* Pl. Ronald Newman's Mot. to Compel Discovery Responses (Aug. 13, 2008) (Doc. 20); Referral to Mag. Judge (Aug. 14, 2008) (Doc. 21). Absent an understanding of the status of the joint motion, the parties will have to conduct all depositions before the motion to compel is resolved, and may then have to reopen the depositions depending on the outcome of the motion to compel. The parties believe that a

status conference will aid in avoiding this inefficient outcome. In addition, as noted in the joint motion, undersigned counsel for Plaintiff, Glenn Schlactus, has prepaid vacation scheduled for September 5 through September 19, which would likely have to be cancelled.

As instructed in the Scheduling Order (April 25, 2008) (Doc. 16), Plaintiff's counsel (with the consent of defense counsel) telephoned Ms. Romero on August 11 to inquire as to the status of the joint motion. Ms. Romero stated that she would inform the Court's law clerks about the inquiry; however, the parties have not received any further information about the status of the pending joint motion.

|  | Respectfully submitted, |
|---|---|
| /s/ Glenn Schlactus_____ | /s/ Craig A. Thompson_____ |
| John P. Relman (D.C. Bar No. 405500) | Robert L. Wilkins (D.C. Bar. No. 429065) |
| Glenn Schlactus (D.C. Bar No. 475950) | Craig A. Thompson (D.C. Bar No. 500168) |
| RELMAN & DANE PLLC | Tina H. Saunders |
| 1225 19th Street, N.W. | Venable LLP |
| Suite 600 | 575 7th Street, N.W. |
| Washington, D.C. 20036 | Washington, D.C. 20004 |
| (202) 728-1888 (o) | (202) 344-4058 |
| (202) 728-0848 (fax) |  |
|  | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* |  |

August 21, 2008